IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUL -8 PM 2:02
ROBERT R. DI TROLIO
CLERK OF U.S. DIST CT
W/D OF TN-JACKSON

MARION GAFFNEY, wrongful
death beneficiary and next of kin
of JAY MICHAEL GAFFNEY,

    Plaintiff,

VS.

MERCK & CO., INC.; et al.,

    Defendants.

No. ~~05-1182~~-T
05-1183T

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Defendant Express Scripts, Inc. has moved the court for permission for Thomas M. Donnell, Jr. to participate pro hac vice for said defendant in this action. Mr. Donnell is a member in good standing for the United States District Court for the Middle District of Tennessee.

For good cause shown, that motion is granted. It is hereby ordered that Mr. Donnell be admitted pro hac vice and may actively participate in this action.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_8 July 2005_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __7/11/05__

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01183 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Honorable James Todd
US DISTRICT COURT