IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUL 15 AM 9: 31
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| MARION GAFFNEY, wrongful death beneficiary and next of kin of JAY MICHAEL GAFFNEY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 05 1183 T/An JURY TRIAL DEMAND |
| MERCK & CO., INC.; JENNIFER FLETCHER KINMAN, DPH; LISA D. WEIR, DPH; EXPRESS SCRIPTS, INC.; SHAY M. INGRAM; VINAY KRISHAN SOOD; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Defendant Express Scripts, Inc. without prejudice;

It is therefore ORDERED that the Plaintiffs' action against Defendant Express Scripts, Inc. is dismissed without prejudice.

Signed this _15th_ day of July, 2005.

_____
JUDGE

275969

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___7/19/05___

14

APPROVED FOR ENTRY:

HILL – BOREN, P.C.

By:

    T. Robert Hill, #008141
    Steven G. Ohrvall, #023414
    1269 Highland Avenue
    P. O. Box 3539
    Jackson, TN  38303-3539
    (731) 423-3300

    Attorneys for Plaintiffs


STEWART, ESTES & DONNELL

By:

    Thomas M. Donnell, Jr., #3541
    Financial Center, Suite 1401
    424 Church Street
    Nashville, Tennessee  37219
    (615) 244-6538

    Attorneys for Defendant Express Scripts, Inc.

275969

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been placed in the U.S. Mail, postage prepaid and properly addressed to:

Richard Warren Mithoff, Esq.
Joseph R. Alexander, Jr., Esq.
The Mifhoff Law Firm
One Allen Center
Penthouse
500 Dallas
Houston, TX  77002

Tommy Jacks, Esq.
James L. Wright, Esq.
Mark Guerrero, Esq.
The Jacks Law Firm
111 Congress Avenue
Suite 1010
Austin, TX  78701

Charles C. Herrell, Esq.
Butler, Snow, O'Mara, Stevens, &
    Cannada PLLC
6075 Poplar Avenue
Suite 500
P. O. Box 171433
Memphis, TN  38187-1443

Alyson L. Bustamante, Esq.
Butler, Snow, O'Mara, Stevens, &
    Cannada PLLC
AmSouth Plaza
17th Floor
210 East Capitol Street
Jackson, MS  39201

this ____ day of July, 2005.

T. Robert Hill

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01183 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James L. &quot;Larry& Wright
JACKS LAW FIRM
111 Congress Ave.
Ste. 1010
Austin, TX 78701

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Honorable James Todd
US DISTRICT COURT